# AMENDMENT AND ADDENDUM TO SPECIAL EVENT GUIDELINES
(revised 11.26.24)

**PURSUANT TO RESOLUTION NO. 2024-33407,** the City's special events guidelines are hereby amended to require a "PHS Islands Special Event Permit" ("PHS SEP") (which shall be separate and distinct from any issued pursuant to City Code Section 46-156) for large parties or gatherings involving institutional-or-commercial-grade vendors, services, or equipment in Palm, Hibiscus, and Star Islands ("PHS Islands") residential neighborhoods during Miami Art Week 2024, which shall be granted only if impacts to public safety, neighborhood traffic, residents' quality of life, and the residential character of single-family neighborhoods can be adequately ensured in advance of the event.

All recitals and provisions of Resolution No. 2024-33407 are incorporated by reference as if fully set forth herein. To the extent this amendment and addendum to the special event guidelines is more specific than the recitals and provisions of Resolution No. 2024-33407, these guidelines control.

**WHO MUST OBTAIN A PHS SEP:**

A PHS SEP is required for parties and gatherings on PHS Islands, during Miami Art Week 2024 (December 2-8, 2024), where one or more of the following are anticipated:
1. Fireworks will be involved;
2. More than 100 attendees may reasonably be expected to attend;
3. More than 50 vehicles are expected to pick up/drop off passengers (or park) on PHS;
4. Institutional/commercial grade speakers, lighting, and/or generators are to be utilized; and/or
5. Institutional/commercial grade bars that are large enough to allow more than one bartender to work behind each bar or the use of more than three (3) single-bartender bars are to be utilized.

**REQUIREMENTS FOR PHS SEP:**

Applicants wishing to procure a PHS SEP shall provide the following information to the City's Department of Tourism and Culture, who shall expedite the review and approval/denial process from when a complete application and all supporting documents have been submitted:

1. Sworn Declaration of Homeowner for PHS SEC, in the form to be provided by the City upon request by a putative applicant, attesting to the completeness, truthfulness, and absence of omission in all statements made verbally and/or in writing in connection with the PHS SEC application, and consenting to and authorizing City personnel to authorize the homeowner's private property to conduct compliance inspections prior to the party or gathering (accompanied by the owner or agent with mutually agreeable scheduling) and during the party or gathering (at any time with or without accompanying owner or agent).
2. All relevant permits from all relevant City departments, such as, for example, obtain any required building permits where required.
3. All documents required to comply with other special event guidelines requirements, which include Certificate of Insurance and Indemnification.
4. A Run of Show and Site Plan.
5. Responses to a Questionnaire in the form to be provided by the City upon request

   by a putative applicant, responding to questions intended to protect the health, safety, and welfare of the PHS Islands and surrounding neighborhoods' residents and visitors.
6. Advisory review and comment of the proposed application by the PHS Islands Application.

The City of Miami Beach reserves all rights to require additional information it deems necessary to analyze and address any impacts to public safety, neighborhood traffic, and/or other residents' right to a decent quality of life sufficient to allow the City Administration to impose limitations or additional requirements sufficient to address these impacts to the health, safety and welfare of PHS Islands residents and residents in surrounding neighborhoods, or to allow the City Administration to deny the application altogether if these enumerated interests cannot be adequately addressed.

**PENALTIES:**

Violators of terms of a PHS SEP, or any party or gathering on PHS Islands during Miami Art Week 2024 requiring a special event permit pursuant to these guidelines that proceeds without the homeowner first obtaining a special event permit and complying with all of its terms, conditions, limitations, and requirements, may be subject to the following:

- An order to cease and desist and end the party or gathering upon demand by the City; and
- A code compliance violation shall be issued under all applicable provisions of the City Code.

If the owner, manager, director, or resident of the property does not comply with the cease and desist demand, the Miami Beach Police Department may arrest each owner, manager, director, or resident for resisting arrest without violence or any other applicable charge. Additionally, no special event permit shall be granted for any event for a period of the next thirteen (13) months if a party or gathering occurs without obtaining and complying with a special event permit, where required, at any property.

**SIGNED** this 26 day of November, 2024.

Mark Taxis
Assistant (Acting) City Manager

**ATTEST:**

NOV 2 6 2024

Rafael E. Granado, City Clerk

APPROVED AS TO
FORM & LANGUAGE
& FOR EXECUTION

City Attorney    Date 11/26/24

2