**Case:** ZV2023-05061

**Case Status:** Fine Paid

**Open Date:** 12/10/2023

**Close Date:** 01/23/2024

**City Of Miami Beach Case Notes Summary**

**Printed on: 11/25/2024**

**Page 1 of 1**

**Case Description:** REF: Using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or advertising the residential property for the purpose of promoting the occupancy or use of the single-family home for less than 6 months and 1 day, in violation of this ordinance.
REF: NYLON, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week -(Featuring other branded partners

| Note Text | Created By | Date |
|---|---|---|
| Verified invoice # 00451488 was paid in full, closed case. | StephanieNoa@miamibeach | 01/23/2024 |
| Attached executed Agreed Order, reduced fine to $10,000 per order, and created invoice # 00451488.  Sent invoice to customer via email, daisy@lhochsteinmd.com, with payment instructions. | StephanieNoa@miamibeach | 01/23/2024 |
| Submitted to CCA Thomas for processing. MB | mindyblanco@miamibeachfl. | 01/23/2024 |
| Agreed Order. Attached. MB | mindyblanco@miamibeachfl. | 01/23/2024 |
| Case has been appealed. SM TBD | mindyblanco@miamibeachfl. | 01/10/2024 |
| Wait appeal time frame. MB | mindyblanco@miamibeachfl. | 12/28/2023 |
| Obtained service, copy of delivery confirmation attached & created task to notify CCO of service obtained. | LauraAguilar@Miamibeachfl. | 12/26/2023 |
| Received task from CCA authorizing certified mail process. Prepared and sent certified mail | LauraAguilar@Miamibeachfl. | 12/12/2023 |
| I received the case paperwork from issuing Officer to have the case processed for Certified Mail. I will turn the case over to clerical today for processing. R.Thomas | RianneThomas@miamibeacl | 12/12/2023 |
| Submitted to CCA for Review–Certified Mail | mindyblanco@miamibeachfl. | 12/11/2023 |
| Site inspection did not reveal any activity at the residence. I research online on World Red Eye website, social media and I was able to locate on Social Media postings of an event that took place within the residence with NYLON, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week -(Featuring other branded partners Body Amour & Patron Tequila). Which is prohibited in zone RS-1<br> Notice of violation was issued. BWC was not needed for internet research only for the site inspection.<br>1st Offense: $25,000.00. | mindyblanco@miamibeachfl. | 12/10/2023 |

MIAMIBEACH

**Code Compliance Department**
1680 Meridian Avenue
Suite 602
Miami Beach, Florida 33139
Tele: 305.673.7555
Fax: 305.673.7012

# Notice of Violation

| | | | |
|---|---|---|---|
| **Violation Notice Date:** | Date  12/10/2023 | Time  6:14 PM | Case Number  ZV2023-05061 |
| **Address of Violation:** | 42 STAR ISLAND DR | | Unit |
| **Parcel Number:** | 0242040010350 | | |
| **Legal Description:** | STAR ISLAND CORR PL PB 31-60  LOT 42  LOT SIZE 48266 SQ FT  OR 18281-1490 0998 4 | | |
| **Violator Name:** | LEONARD HOCHSTEIN C/O GRAY ROBINSON PA | | |
| **Mailing Address:** | 42 STAR ISLAND DR | City and State  MIAMI  BEACH, FL | Zip Code  33139 |

The City of Miami Beach Code Compliance Department has determined that the above Property has violated the Miami Beach Code of Laws and Ordinances (the "City Code"). This violation is the 1st offense, and this Notice of Violation carries a fine (and other monetary charges) of $25,000.00. Specifically, Code Compliance Officer Mindy Blanco has found there to be a violation(s) of the City Code, which is/are:

Section 142-109. Using a single family home for a commercial use and/or advertising the residential property for a commercial use and/or advertising the residential property for the purpose of promoting the occupancy or use of the single family home for less than 6 months and 1 day, in violation of this ordinance.

**Reference:**                          NYLON, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week -(Featuring other branded partners Body Amour & Patron Tequila) at 42 Star Island Dr on December 10, 2023.

"You can comply by immediately ceasing said use and paying a civil fine of:

| First Violation | $  25,000.00 |
|---|---|
| Second Violation within 18 months | $  50,000.00 |
| Third Violation within 18 months | $  75,000.00 |
| Fourth Violation  or greater within 18 months | $ 100,000.00 |

The commercial use must be immediately terminated upon confirming a violation has occurred by the Miami Beach Police Department and the Code Compliance Department.

Enhanced Penalties:

If the offense is a Second Offense within the preceding eighteen (18) month period of time, and the total square footage of all building(s), accessory building(s), dwelling(s) or structure(s) exceeds 5,000 total square feet, then the Special Magistrate must impose an additional fine of $50,000.00. **Fine(s) must be paid within 72 hours** of receipt of the violation. A copy of the violation must accompany the payment. Please make checks or money orders payable to: City of Miami Beach. Payment can be mailed or taken in person to: The Finance Department (Cashier), 1700 Convention Center Drive, 1st floor, Miami Beach, FL 33139.

Fine(s) and/or violations may be appealed within **Twenty (20)** days of receipt of the notice of violation. To appeal a fine and/or violation, submit a written request for an appeal hearing to the Clerk of the Special Master - 1700 Convention Center Dr., Miami Beach, FL 33139. A check for $128 (administrative charges) must accompany the request along with the case number.

Failure to pay the fine or request an appeal hearing in the manner indicated above shall constitute a waiver of the violator's right to contest the citation and shall be treated as an admission of the violation.

The City may institute proceedings in a court of competent jurisdiction to compile payment of civil fine(s). The certified copy of the order imposing civil fine(s) may be recorded in the public records and thereafter shall constitute a lien upon any real or personal property owned by the violator.

| **Issuing Code Compliance Officer** | Name:  Mindy Blanco | Badge #:  742 | Phone and Extension:  (305) 673-7555 ext 2144 |
|---|---|---|---|
| | Email:  mindyblanco@miamibeachfl.gov | | |
| Received By:  Certified Mail | Compliance Date:  12/11/2023 | Received Date: | Received Time: |

---

**ADA Information**
To request this material in accessible format, sign language interpreters, information on access for persons with disabilities, and/or any accommodation to review any document or participate in any City-sponsored proceeding, please contact 305.604.2489 (voice), 305.673.7524 (fax) or 305.673.7218 (TTY) five (5) days in advance to initiate your request. TYY users may also call 711 (Florida Relay Service).

DocuSigned by:

*Mindy Blanco*          12/10/2023  |  6:22 PM EST

Mindy Blanco



worldredeye • Follow
Miami Beach, Florida

worldredeye 3h
@nylonmag, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week. 💥

DJ sets included globally renowned artists @guygerber, @ronyseikaly, and @talon_musik. The event took place at a private residence and transformed into a destination of culture, music, and style. Brand partners included @drinkbodyarmor and @patron.

taurus.chick 39m
Boooring 😵
Reply

wrathofstockgod 2h
The nylon mag events are so over

443 likes
3 hours ago

Add a comment...



**worldredeye** ✓ · Follow
Miami Beach, Florida

**worldredeye** ✓ 3h
@nylonmag, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week. 💥

DJ sets included globally renowned artists @guygerber, @ronyseikaly, and @talon_musik. The event took place at a private residence and transformed into a destination of culture, music, and style. Brand partners included @drinkbodyarmor and @patron.

**taurus.chick** 39m
Booooring 😵
Reply

**wrathofstockgod** 2h
The nylon mag events are so over

443 likes
3 hours ago

Add a comment...

IN AND BEFORE THE SPECIAL MAGISTRATE
OF THE CITY OF MIAMI BEACH, FLORIDA

CODE VIOLATION CASE NO.:  ZV2023-05061

LEONARD HOCHSTEIN,

      Petitioner,

vs.

CITY OF MIAMI BEACH,

      Respondent.

_____/

## AGREED ORDER MODIFYING MONETARY FINES

**UPON STIPULATION AND AGREEMENT** with Robert Switkes, Esquire and on behalf of Leonard Hochstein, (hereinafter referenced as the "Petitioner"), and Deputy City Attorney, Steven H. Rothstein, counsel to Respondent (hereinafter referenced as the "City"), regarding the code enforcement violation referenced above in this Agreed Order against the real property which is located at 42 Star Island, Miami Beach, Florida (the "Property"), the respective parties having agreed to the terms of this Order,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.     Petitioner hereby acknowledges that there is a violation of the City Code, Section 142-109; using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy, which violation is identified as Code Compliance Case Number ZV2023-05061 (first offense).

2.     The parties agree that the monetary fine for this violation shall be modified to reflect the amount of Ten Thousand and 00/100 Dollars ($10,000), which shall be due on or before February 20, 2024.  If payment is not made as specified above, the fine shall return to the original amount of Twenty-Five Thousand and 00/100 Dollars ($25,000) as set forth in the Notice of Violation.

CODE VIOLATION CASE NO.:  ZV2023-05061

3.      Petitioner is further ordered to cease and desist using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy rental or advertisement of the Property in violation of the City's Land Development Regulations and shall only utilize the Property as a residential dwelling consistent with those requirements set forth with City of Miami Beach's Code of Law and Ordinances.

**DONE AND ORDERED** by the Special Magistrate of the City of Miami Beach, this 18th day of January, 2024.

ANNETTE E. CANNON, Chief Special Magistrate
for the City of Miami Beach

Copies furnished to:
Steven H. Rothstein, Deputy City Attorney at StevenRothstein@miamibeachfl.gov
Robert L. Switkes, Esquire at Rswitkes@switkeslaw.com>

2





# NYLON

MENU



WORLD RED EYE

NYLON NIGHTS

## NYLON PARTY REPORT CARD: NYLON NIGHTS TAKES MIAMI

NYLON wrapped up Art Basel 2023 with an unforgettable private mansion party.

by LAYLA HALABIAN                                          11 HOURS AGO

*Welcome to NYLON's Party Report Card, where we give you the Who, What, Where, Why, and When on this week's hottest parties — plus all the gossip you missed. It's the inside scoop you need to feel like you were on the invite list. Sorry in advance for the FOMO.*

**WHAT:** NYLON Nights

# NYLON

ADVERTISEMENT

MENU

**WHEN:** Saturday, Dec. 9

**WHO:** Yvonne Orji, Simon Rex, Meredith Duxbury, Patrick Ta, Chris Appleton, Blu DeTiger, and more

**WHERE:** Star Island, Miami Beach

**WHY:** To close out Art Basel 2023

**THE VIBE:** Just when you thought Art Basel was a wrap, NYLON pulled out all the stops for another legendary edition of NYLON Nights. On Saturday, Dec. 9 partygoers pulled up — many coming via Blacklane's on-demand service — to a fantastic, waterfront estate on the hyper-exclusive Miami Beach neighborhood Star Island, where they were met with glam red lighting and bumping house music — and a fully-stocked, oversized neon refrigerator full of Bodyarmor Flash I.V. drinks. In true NYLON fashion, drinks were strong and plentiful, courtesy of Patrón, who served up cocktails in crowd-favorite, miniature Patrón bottle replicas.

A-list guests like *Red Rocket* and *The Sweet East* actor Simon Rex and *Insecure's* Yvonne Orji mingled on sleek black couches, but the true star of the night was a massive tuna carried out in true bottle-girl-style by Sushi by Bou for an unforgettable live carving. The on-site sushi chef entranced and energized the crowd with quick, precise cuts before serving up tuna that bordered on life-changing — fresh, fatty, and beyond flavorful. The one night only pop-up also featured plenty of sake — you could hear the group cheers echoing throughout the property each time a group shot was poured.

HOUSE MUSIC PLAYED ALL NIGHT LONG.

World Red Eye

ADVERTI

TAP TO VIEW FULLSCREEN

SAKE SHOTS ALL AROUND.  *WORLD RED EYE*

MAKE WAY FOR TUNA!  *WORLD RED EYE*

# NYLON

MENU

NYLON EDITOR-IN-CHIEF LAUREN MCCARTHY IN VERSACE. *WORLD RED EYE*

PATRÓN MINIATURE BOTTLE REPLICAS BECAME A HOT COMMODITY. *WORLD RED EYE*

Over by the mansion's private dock, partiers regaled each other with tales of Basel recaps and tuna devotion while staring out at the calm Biscayne Bay — when they weren't taking turns using a yacht as a classic Miami photo backdrop, of course. And as night continued and the sun got closer to rearing its face, guests were well-prepared for any and all potential hangovers thanks to ready-to-go Thirst Aid Kits, inspired by various flavors of BODYARMOR Flash IV Sticks.

**BEST DRESSED:** Patrick Ta, in a silky, Miami-ready white smoking jacket and trousers, topped with a cobalt trucker hat and a single, glamorous chain

PATRICK TA IN HIS MIAMI BEACH BEST.

World Red Eye

**OVERHEARD:** "Damn, I've got to start fishing..."

TAP TO VIEW FULLSCREEN

WHO WANTS TUNA? *WORLD RED EYE*

NYLON NIGHTS AND PEACE ON EARTH. *WORLD RED EYE*

SASHIMI INCOMING. *WORLD RED EYE*

WHAT A VIEW. *WORLD RED EYE*

YVONNE ORJI LOOKED SLEEK IN BUBBLEGUM PINK. *WORLD RED EYE*

MAKEUP MASTERS PATRICK TA AND MEREDITH DUXBURY. *WORLD RED EYE*

NYLON NIGHTS CALL FOR FRESH FITS. *WORLD RED EYE*

**NYLON**

MENU

CHANEL IMAN WAS DREAMY IN DENIM.  *WORLD RED EYE*

POUR IT UP.  *WORLD RED EYE*

STAYING HYDRATED THANKS TO BODYARMOR.  *WORLD RED EYE*

MORE FRESH FITS.  *WORLD RED EYE*

ANOTHER NYLON NIGHTS FOR THE BOOKS.  *WORLD RED EYE*

Case 1:24-cv-04100-KMW   Document 4-3   Filed on FLSD Docket 10/07/2024   Page 13 of 22



**soundsofrituals** 22h

@talon_musik




nylonmag ✔ 20h

BODYARMOR
FLASH I.V.

BODYARMOR
FLASH I.V.

BODYARMOR
FLASH I.V.

@laylology

the girls are quenched. time to hydrate up babes

@drinkbodyarmor

Send message



enjoy your hangover xx

that's a wrap #NYLONNights

@drinkbodyarmor





*Instagram*





IN AND BEFORE THE SPECIAL MAGISTRATE
OF THE CITY OF MIAMI BEACH, FLORIDA

CODE VIOLATION CASE NO.:  ZV2023-05061

LEONARD HOCHSTEIN,

     Petitioner,

vs.

CITY OF MIAMI BEACH,

     Respondent.

_____/

## AGREED ORDER MODIFYING MONETARY FINES

**UPON STIPULATION AND AGREEMENT** with Robert Switkes, Esquire and on behalf of Leonard Hochstein, (hereinafter referenced as the "Petitioner"), and Deputy City Attorney, Steven H. Rothstein, counsel to Respondent (hereinafter referenced as the "City"), regarding the code enforcement violation referenced above in this Agreed Order against the real property which is located at 42 Star Island, Miami Beach, Florida (the "Property"), the respective parties having agreed to the terms of this Order,

     **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

     1.     Petitioner hereby acknowledges that there is a violation of the City Code, Section 142-109; using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy, which violation is identified as Code Compliance Case Number ZV2023-05061 (first offense).

     2.     The parties agree that the monetary fine for this violation shall be modified to reflect the amount of Ten Thousand and 00/100 Dollars ($10,000), which shall be due on or before February 20, 2024.  If payment is not made as specified above, the fine shall return to the original amount of Twenty-Five Thousand and 00/100 Dollars ($25,000) as set forth in the Notice of Violation.

CODE VIOLATION CASE NO.:  ZV2023-05061

3.      Petitioner is further ordered to cease and desist using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy rental or advertisement of the Property in violation of the City's Land Development Regulations and shall only utilize the Property as a residential dwelling consistent with those requirements set forth with City of Miami Beach's Code of Law and Ordinances.

**DONE AND ORDERED** by the Special Magistrate of the City of Miami Beach, this 18th day of January, 2024.

ANNETTE E. CANNON, Chief Special Magistrate
for the City of Miami Beach

Copies furnished to:
Steven H. Rothstein, Deputy City Attorney at StevenRothstein@miamibeachfl.gov
Robert L. Switkes, Esquire at Rswitkes@switkeslaw.com>