1. **Are you erecting any temporary structures such as a tent bigger than 10x10, fencing, staging, trussing, electrical (generators greater than 5000 watts), plumbing (restroom(s) units/port-o-lets), bleachers, pool covers, or other structures? If so, please detail.**

   POTENTIAL RAIN TENT:  30X80

   STAGE:  8X8 RISERS FOR DJ

   TRUSS:  6-12FT TALL TRUSS TOWERS FOR GENERAL LIGHTING

   RESTROOMS:  TRAILERS X 2 PLUS 1 ADA

   JACUZZI COVER:  9X9

   GENERATOR:  2 – 75 KVA (ONE USED AS A BACK UP)

2. **If you are contending that this is a charitable event, please (1) provide copies of all agreements with the charitable organization(s) for the event; (2) provide proof of the charitable organization's(s') 501(c)(3) or other tax-exempt status; (3) detail whether any goods or services are being sold; and (4) detail how funds are being raised and paid to the charitable organization(s).**

   The ICA is a multi-year partner of our company, BDG Media Inc. We have co-hosted the opening reception for the ICA for the last seven years. This particular event will involve a charitable contribution to the ICA from our parent company to them. No goods or services are being sold.

3. **Do you intend to have any private event sponsors? If so, please state who and detail how the sponsorship payment structure will work and whether the residential homeowner is receiving any compensation from same. Please also provide copies of all agreements with any sponsor(s) of the event.**

   Our company, BDG Media, has longterm commercial agreements with sponsors Elf Cosmetics and Movado Group, both of whom will be contributing their branding to the event.

4. **Do you intend to charge an admittance fee? If so, please state how much, from whom, and how the fee(s) will be distributed.**

   No.

5. **How do you intend to track attendance? For example, wristbands, tickets, etc.**

   All guests will be pre-approved and pre-wristbanded for the event.

6. **How do you intend to invite attendees? For example, personal invitations, public advertisements, social media posts, etc. Please also provide copies of all invitations (including public advertisements and/or social media posts) that have already been published and/or otherwise distributed to potential attendees.**

   This is a private event, and guests will be privately contacted via email with regard to their invitation.

7. **Do you intend to have live music? If so, please provide the name of the performer(s), the location of the performance(s), the length and time of the set, and the equipment to be used (including intended decibel output).**

   8pm - 1am: Musicians will be playing, including Hugel and Ludacris.

8. **Do you intend to have catering? If so, please provide the name of the caterer and the equipment to be used (including fire/heating mechanisms).**

   Yes. Pre-prepared food will be served.

9. **Do you intend to have bartender(s)? If so, please provide the name of the bartender(s) and affiliated vendor (if any), the intended location(s) for bar setup(s) and the number of bartenders per bar.**

   VENDOR: POTIONS IN MOTIONS (LICENSED VENDOR)

   16 BARTENDERS/5 BARS/EACH BAR IS ROUGHLY 12FT.

10. **Do you intend to have lighting? If so, please provide the name of the lighting vendor(s) and the equipment to be used (including wattage).**

    VENDOR:  EVERLAST PRODUCTIONS

    FIXTURES:  MOSTLY WASH FIXTURES FOR GENERAL LIGHTING AROUND THE EVENT.  ALL ARE LED AND WILL TAKE VERY LITTLE POWER DRAW.

11. **Do you intend to provide parking, valet and/or ride-share drop off locations? If so, please detail (including the name of the parking/valet company(ies), number of**

   **staff for parking/valet, and locations for same) and provide an estimated number of vehicles.**

   No parking will be allowed or tolerated at the event. All guests must take carpool or rideshare. There will be no valet.

12. **Do you intend to install dancefloor(s)? If so, please provide the name of the vendor(s) and contractor(s) and the intended location(s).**

    NO

Do you intend to use private security contractor(s)? If so, please provide the name of the security contractor(s), state how many security personnel will be on site and what equipment will be us J

Vendor:

John Wydler, CLSD

Corporate Director of Safety & Security

Allstar Security & Consulting Inc.
Chicago | Florida | Nashville | New York
Office Line: (786) 217-9431
Cell Phone: (305) 240-5414
Email: john@asflsecurity.com
www.allstarsec.com

PSA count:  roughly 30

13. Do you intend to display fireworks? If so, please detail.

    NO

14. Please provide any additional information you wish the City to consider as evidence that impacts to public safety, neighborhood traffic, residents' quality of life, and the residential character of the single-family neighborhood will be adequately ensured.\

    WE DON'T FEEL ANY PARTS OF THE EVENT WILL IMPACT THE NEIGHBORS QUALITY OF LIFE FOR THE 4 HOUR EVENT.