**Question 1 – Do they have a permit for the portable restrooms? How many restrooms, and where are they located?**

- **Response:** There will be 4 small restrooms: 2 stalls by trailer. We are currently in the process of obtaining the restroom permit. Additionally, there will be truss light sticks, and we are also in the process of obtaining a permit for these. Both permits will be issued by Tuesday at the latest.

---

**Question 2 – The application says "separate documents attached," but there are no attachments. We need:**

- **Copies of the agreement(s) with ReWild: TBD**
- **Proof of ReWild's tax-exempt status**
- **Details about whether any goods or services are being sold: No**
- **Details about how funds are being raised and paid to ReWild: TBD**
- **Response: I have requested the necessary documents from ReWild and will forward them as soon as I receive them.**

---

**Question 7 – What time are each of the performances? What equipment is each using?**

- **Response:**
    - **Friday Performances:**
        - 6 PM–8 PM: Guitar
        - 8 PM–12 AM: DJ
    - **Saturday Performances:**
        - Name: Jose: 8 PM–9:30 PM
        - Name: Queenville: 9:30 PM–11 PM
        - Name: Darmon and Sound: 11 PM–12:30 AM
        - Name: Hugel: 12:30 AM–2:30 AM
    - **Equipment:**
        - Friday: DJ equipment – CDJ 3000 Pioneer and Mixer V10 Pioneer
        - Saturday: DJ equipment – CDJ 3000 Pioneer and Mixer V10 Pioneer

**Please confirm if these details are accurate.**

**Question 9 – How many bartenders and where/describe the setup?**

- **Response: The setup is detailed in the attached floor plan.**
    - **Friday Event: 4 Bartenders**
    - **Saturday Event: 12 Bartenders**

---

**Question 10 – Be more detailed about the planned uplighting – is it inside or outside, and what is the wattage?**

- **Response: The uplighting will be inside only and is wireless uplight. For the outside, there will be moving head lights with wattage specifications of 120 V, 60 Hz. The plan is attached. Please reference the life safety plans for specific locations.**

---

**Event Update:**
**After speaking with the owner, we have decided not to host the event on Sunday, December 8th. The events will only take place on December 6th and 7th.**