## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 1:24-cv-24690-KMM

LEONARD HOCHSTEIN,
DANIEL VINCENT LIBURDI, and
SINAN TUNA,

       Plaintiffs,

v.

CITY OF MIAMI BEACH, a Florida
municipal corporation,

       Defendant.

---

### DECLARATION OF MINDY BLANCO

I, Mindy Blanco, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am the Acting Code Compliance Administrator in the City of Miami Beach, Florida ("City"), a position I have held off-and-on since 2017. I have worked in the City's Code Compliance Department since January of 2016.

2.      The statements contained in this declaration are based upon my personal knowledge, my review and consideration of documents and information available to me in my official capacity with the City's Code Compliance Department, and information obtained from other City employees in that Department.

3.      Art Week, and especially its signature Art Basel Miami Beach component, is one of the busiest times for the City. This year, the Art Basel Miami Beach fair runs from Friday, December 6th, through Sunday, December 8th, 2024. The City considers the entire Art Week 2024 period to run from Monday, December 2nd, through Sunday, December 8th, 2024, with the busiest period for the City beginning on Thursday, December 5th, as kick-off events for the Art Basel

Miami Beach fair begin.

4.     Last year, Art Basel ran from Friday, December 8th, through Sunday, December 10th, 2023. This three-day period resulted in a strain on City resources compared to other (albeit longer-lasting) special events like the South Beach Food & Wine Festival or Gay Pride celebrations. Compare the relative Code Compliance violations issued during those time periods in 2023:



(Note that the violations during Gay Pride celebrations are measured in 5-day or 6-day increments, compared to the only 3-day increments for Food & Wine and Art Basel.)

5.     I am aware that the City Commission passed Resolution No. 2024-33407 (the "Art Week PHS House Party Resolution" or "Resolution") in efforts to mitigate disruptions on Palm, Hibiscus, and Star Islands ("PHS Islands") caused by raucous house parties during Art Week 2024.

6.     I am also aware that Plaintiffs Leonard Hochstein (resident of 42 Star Island Drive on Star Island), Daniel Vincent Liburdi (resident of 101 N. Hibiscus Drive on Hibiscus Island), and Sinan Tuna (resident of 165 N. Hibiscus Drive on Hibiscus Island) have filed the above-captioned lawsuit, seeking to enjoin the Resolution.

7.     Each of these Plaintiffs has a history of holding disruptive parties or other unauthorized special events in single-family homes on the PHS Islands, as detailed further below.

8.     **Leonard Hochstein:** Below is a non-exhaustive sampling of the Code Compliance

Department's history of violations arising out of conduct at 42 Star Island Drive:

a. **Case CC2022-14452: Conducting a Special Event without a permit.** On November 30, 2022 through December 2, 2022—in connection with that year's Art Week festivities—Mr. Hochstein caused or allowed his residence to be used for an unpermitted Special Event produced by a company called Private Music LLC (the "Producer"). While the Producer had obtained a film & print permit (necessary for filming/photography within the City), the activity exceeded what was contemplated by that permit. For example, temporary structures were built without the requisite Building Department approvals (see images below) and were used not only for filming but were accessible to the general public as part of the party:



The Tourism & Culture Department canceled the film & print permit on December 1, 2022 because of these structures and told the Producer that

everything must be loaded out by the end of the day on December 1st. The Producer did not comply. Further, the film & print permit was issued for the filming of a podcast called "Earn Your Leisure," with observers of the filming slated to park on Watson Island (Parrot Jungle Trail)—a non-residential neighborhood on a separate island nearby—and take group shuttles onto Star Island (a residential neighborhood) for the filming. However, observers did **not** follow this protocol and instead flooded Star Island with vehicles (Ubers, etc.) and attempted to use their QR codes at the gate for entry (see images below):





3



The Producer was cited for violating City Code Section 12-5 for conducting a Special Event without a permit. After a hearing before the Code Compliance Special Magistrate, the Producer was adjudged to have violated this Code section and a $1,000 fine was assessed. A true and correct copy of the Code file associated with violation CC022-14452 is attached to this declaration as **Exhibit 1**.

b. **Case ZV2023-05061: Using a single-family home for commercial use.** On December 10, 2023—again in connection with that year's Art Week festivities—Mr. Hochstein caused or allowed his residence to be used for a commercial Art Week party. This party was in partnership with NYLON as well other branded partners Body Armor and Patron Tequila. Images of the

party were published on World Red Eye and include:





# NYLON



NYLON NIGHTS

## NYLON PARTY REPORT CARD: NYLON NIGHTS TAKES MIAMI

NYLON wrapped up Art Basel 2023 with an unforgettable private mansion party.

by LAYLA HALABIAN

11 HOURS AGO



6









Mr. Hochstein was cited for violating City Code Section 142-109 for using a single-family home for commercial purposes. After appealing to the Code Compliance Special Magistrate, Mr. Hochstein agreed to an order imposing a $10,000 fine. A true and correct copy of the Code file associated with violation ZV2023-05061 is attached to this declaration as **Exhibit 2**.

9.      **Daniel Vincent Liburdi:** Mr. Liburdi previously resided at 269 N. Hibiscus Drive, also on Hibiscus Island. Since approximately August 2024, Mr. Liburdi now resides at 101 N. Hibiscus Drive. Since he moved to the 101 N. Hibiscus Drive address, Code Compliance has received numerous complaints from neighbors about parties. For example, on October 24, 2024, Mr. Liburdi received a warning from Code Compliance Officer Guerrero regarding the prohibited use of the property for commercial events. He was also cited for a noise violation (NC2024-28938) on November 1, 2024 in connection with a Halloween party. The Halloween party featured "AD Private Bartending," a mobile bartending service, and the party was branded as "Halloween on Hibiscus X AD Private Bartending." Images from the Halloween party follow:

 





Most recently, on November 17, 2024, Mr. Liburdi again threw a commercial-grade party, with images from the party following and noting an intention to throw a similar party during the Art Basel time period:







10.     **Sinan Tuna:** In connection with last year's Art Week house party, a noise violation was issued on December 7, 2023 (Case No. NC2023-27308), due to unreasonably loud music coming from the property at 165 N. Hibiscus Drive, and the $250 fine was paid. The property owner (Hibiscus Investments LLC) was also issued a written warning for a noise violation on December 2, 2022 (Case No. NC2022-25028), due to unreasonably loud music coming from the property at 165 N. Hibiscus Drive.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 2, 2024.


MINDY BLANCO
Acting Code Compliance Administrator
Code Compliance Department
City of Miami Beach, Florida

**Case:** CC2022-14452                                                      **City Of Miami Beach Case Notes Summary**
**Case Status:** Fine Owed                                                                           **Printed on:  11/27/2024**
**Open Date:** 12/02/2022                                                                                        **Page 1 of 2**
**Close Date:**

**Case Description:**  Section 12-5: Conducting a Special Event without a permit.
REF: Conducting a special event in the City of Miami Beach without a permit.
Notice of violation issued.
1st offense: $1000 fine.

| Note Text | Created By | Date |
|---|---|---|
| Created invoice # 00448908 per ACCA approval. Updated status to reflect Fine Owed. Sent invoice by regular mail. | JulioNunez@miamibeachfl.g | 01/04/2024 |
| SM Order uploaded /Fine imposed | LauraAguilar@Miamibeachfl. | 11/07/2023 |
| Submitted to Clerical–Invoicing | KennethVarela@miamibeach | 10/23/2023 |
| Letter returned by mail-Task created and assigned to CCO. | NicolasGarcia@miamibeachl | 10/18/2023 |
| Case submitted to CCA Varela for review and invoicing. D. Giraldo 752. | DannyGiraldo@miamibeachf | 10/16/2023 |
| Special master: Annette E. Cannon. City attorney: Steve Rothstein. City Clerk: Isabel Satchell. Case was Adjudicated guilty 1st offense $1000 fine. The fine must be paid by 11/15/2023. D. Giraldo 752. | DannyGiraldo@miamibeachf | 10/16/2023 |
| Certified Notice of Violation to be re-send. Placed file in certified drawer Tracking #: 9214 8901 9403 8324 8478 95 Date Mailed: 8/4/23 Date Received: __/__/__ Date Returned: __/__/__ | NicolasGarcia@miamibeachl | 08/01/2023 |
| 04/10/2023 SM HEARING - APPEAL - SPECIAL EVENT - 1ST OFFENSE: $1,000 - APPEAR: MICHAEL MARRERO, ESQ., VERONICA HENNING; INSP. BLANCO 1:  Pursuant to the agreement of the parties, a continuance is granted. 2:  This case is continued to June 12, 2023. | DannyGiraldo@miamibeachf | 04/12/2023 |
| Received NOV signed by CCO / Prepared and sent certified mail and placed file in certified drawer. | NicolasGarcia@miamibeachl | 01/10/2023 |
| Submitted to Clerical–Certified mail | KennethVarela@miamibeach | 12/15/2022 |
| Case submitted to CCA Varela for review and certified mail. D. Giraldo 752. | DannyGiraldo@miamibeachf | 12/02/2022 |

Ex. 1

**Case:** CC2022-14452            **City Of Miami Beach Case Notes Summary**

**Case Status:**   Fine Owed                                **Printed on:**   11/27/2024

**Open Date:**     12/02/2022                                  **Page 2 of 2**

**Close Date:**

**Case Description:**   Section 12-5: Conducting a Special Event without a permit.
REF: Conducting a special event in the City of Miami Beach without a permit.
Notice of violation issued.
1st offense: $1000 fine.

| Note Text | Created By | Date |
|---|---|---|
| REF: Conducting a special event in the City of Miami Beach without a permit.<br>This is a companion case for cases CC2022-14447 and ZV2022-04497. I responded to an email complaint in reference to an event that was taking place at 42 Star Island Dr. The email was from Veronica Hennig from the Tourism & Culture department. In the email it states that the Film & Print Permit has been canceled and they were to leave the property and not to come back. Upon my arrival I saw activity taking place in the property. I observed a shuttle coming in the property and then exiting. I also observed people being dropped off at the property. I also observed 5 security guards at the front of the property. I approached the guards and I asked to speak to the person in charge. They called a male individual, I identified myself and I asked for his name, and he refused to identify himself. I asked the individual for a permit, and he furnished permit # 22-442, which was the revoked permit. When talking the individual, I observed as a woman entered the property and as she walked in, she asked the guards if this was where the event was taking place, the guard's response was yes and to enter the property. I finished my conversation with the person in charged and I checked energov for a special events permit. None was found. Person who claims to be the Manager of the event refused to sign notice.<br>Notice of violation issued.<br>BWC used and photos taken.<br>D. Giraldo 752. | DannyGiraldo@miamibeachf | 12/02/2022 |

**MIAMIBEACH**

Code Compliance Department
1680 Meridian Avenue
Suite 602
Miami Beach, Florida 33139
Tele: 305.673.7555
Fax: 305.673.7012

## Notice of Violation

| | | | |
|---|---|---|---|
| **Violation Notice Date:** | Date 12/2/2022 | Time 2:45 PM | Case Number CC2022-14452 |
| **Address of Violation:** | 42 STAR ISLAND DR | | Unit |
| **Parcel Number:** | 0242040010350 | | |
| **Legal Description:** | STAR ISLAND CORR PL PB 31-60  LOT 42  LOT SIZE 48266 SQ FT  OR 18281-1490 0998 4 | | |
| **Violator Name:** | Private Music, LLC- Valenzuela, Yomil | | |
| **Mailing Address:** | 9848  NORTHWEST 56TH PL | City and State Coral Springs , FL | Zip Code 33076 |

The City of Miami Beach Code Compliance Department has determined that the above Property has violated the Miami Beach Code of Laws and Ordinances (the "City Code"). This violation is the 1st offense, and this Notice of Violation carries a fine (and other monetary charges) of $1,000.00. Specifically, Code Compliance Officer Danny Giraldo has found there to be a violation(s) of the City Code, which is/are:

Section 12-5: Conducting a Special Event without a permit.

| **Reference:** | Conducting a special event in the City of Miami Beach without a permit |
|---|---|

You can comply by immediately ceasing said Special Event and paying a fine.          1st Offense $1000.00,
2nd Offense $2500.00  within a 12 month period                                                        3rd and Subsequent Offense
$5000.00 or arrest within a 12 month period

**Fine(s) must be paid within 72 hours** of receipt of the violation. A copy of the violation must accompany the payment. Please make checks or money orders payable to: City of Miami Beach. Payment can be mailed or taken in person to: The Finance Department (Cashier), 1700 Convention Center Drive, 1st floor, Miami Beach, FL 33139.

Fine(s) and/or violations may be appealed within **Ten (10)** days of receipt of the notice of violation. To appeal a fine and/or violation, submit a written request for an appeal hearing to the Clerk of the Special Magistrate - 1700 Convention Center Dr., Miami Beach, FL 33139. A check for $116 (administrative charges) must accompany the request along with the case number.

Failure to pay the fine or request an appeal hearing in the manner indicated above shall constitute a waiver of the violator's right to contest the citation and shall be treated as an admission of the violation.

The City may institute proceedings in a court of competent jurisdiction to compile payment of a court of civil fine(s). The certified copy of the order imposing civil fine(s) may be recorded in the public records and thereafter shall constitute a lien upon any real or personal property owned by the violator.

| **Issuing Code Compliance Officer** | Name: Danny Giraldo | Badge # 752 | Phone and Extension: (305) 673-7555 ext 26946 |
|---|---|---|---|
| | Email: DannyGiraldo@miamibeachfl.gov | | |
| Received By Certified Mail | Compliance Date 12/02/2022 | Received Date | Received Time 2:45 PM |

| **ADA Information** |
|---|
| To request this material in accessible format, sign language interpreters, information on access for persons with disabilities, and/or any accommodation to review any document or participate in any City-sponsored proceeding, please contact 305.604.2489 (voice), 305.673.7524 (fax) or 305.673.7218 (TTY) five (5) days in advance to initiate your request. TYY users may also call 711 (Florida Relay Service). |

Giraldo, Danny

Danny Giraldo

 # OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 12/2/2022

| Property Information | |
|---|---|
| Folio: | 02-4204-001-0350 |
| Property Address: | 42 STAR ISLAND DR<br>Miami Beach, FL 33139-5146 |
| Owner | LEONARD M HOCHSTEIN<br>C/O GRAY ROBINSON PA |
| Mailing Address | 42 STAR ISLAND DR<br>MIAMI BEACH, FL 33139 USA |
| PA Primary Zone | 2200 ESTATES - 25000 SQFT LOT |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 9 / 12 / 0 |
| Floors | 3 |
| Living Units | 1 |
| Actual Area | 21,067 Sq.Ft |
| Living Area | 18,343 Sq.Ft |
| Adjusted Area | 18,033 Sq.Ft |
| Lot Size | 48,266 Sq.Ft |
| Year Built | 2016 |



2022 Aerial Photography     600ft

### Assessment Information

| Year | 2022 | 2021 | 2020 |
|---|---|---|---|
| Land Value | $20,513,050 | $13,514,480 | $12,549,160 |
| Building Value | $13,484,131 | $13,362,811 | $13,502,007 |
| XF Value | $190,293 | $192,269 | $194,244 |
| Market Value | $34,187,474 | $27,069,560 | $26,245,411 |
| Assessed Value | $10,849,343 | $10,533,343 | $10,387,913 |

### Benefits Information

| Benefit | Type | 2022 | 2021 | 2020 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $23,338,131 | $16,536,217 | $15,857,498 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### Short Legal Description

STAR ISLAND CORR PL PB 31-60
LOT 42
LOT SIZE 48266 SQ FT
OR 18281-1490 0998 4

### Taxable Value Information

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| **County** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $10,799,343 | $10,483,343 | $10,337,913 |
| **School Board** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $10,824,343 | $10,508,343 | $10,362,913 |
| **City** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $10,799,343 | $10,483,343 | $10,337,913 |
| **Regional** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $10,799,343 | $10,483,343 | $10,337,913 |

### Sales Information

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 09/17/2012 | $2,000,100 | 28303-0033 | Financial inst or "In Lieu of Forclosure" stated |
| 09/01/1998 | $0 | 18281-1490 | Sales which are disqualified as a result of examination of the deed |
| 02/01/1978 | $250,000 | 09958-2338 | Sales which are qualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
PRIVATE MUSIC LLC

**Filing Information**

**Document Number**     L20000215705

**FEI/EIN Number**      85-2572116

**Date Filed**          07/22/2020

**Effective Date**      07/22/2020

**State**               FL

**Status**              ACTIVE

**Principal Address**

9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

**Mailing Address**

9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

**Registered Agent Name & Address**

Valenzuela, Yomil
9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

Name Changed: 03/10/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

VALENZUELA, YOMIL
9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

**Annual Reports**

| Report Year | Filed Date |
|-------------|------------|
| 2021 | 03/10/2021 |
| 2022 | 03/17/2022 |
| 2023 | 03/15/2023 |

### Document Images

| | |
|---|---|
| 03/15/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/22/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
PRIVATE MUSIC LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000215705 |
| **FEI/EIN Number** | 85-2572116 |
| **Date Filed** | 07/22/2020 |
| **Effective Date** | 07/22/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

**Mailing Address**

9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

**Registered Agent Name & Address**

Valenzuela, Yomil
9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

Name Changed: 03/10/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

VALENZUELA, YOMIL
9848 NORTHWEST 56TH PL
CORAL SPRINGS, FL 33076

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 03/10/2021 |
| 2022 | 03/17/2022 |

**Document Images**

| 03/17/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/22/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations



**FILM AND PRINT PERMIT INFORMATION**
Phone:(305) 673-7070  Fax:(305) 673-7063

| **Permit#** | **22-442** | Production must provide a copy of this permit to all hired off duty police officers for review before commencement of production activities. |
|---|---|---|
| **Permit Date:** | 11/22/2022 | City Wide permit does not grant use of residential property throughout the City of Miami Beach. |

| | | | | |
|---|---|---|---|---|
| **Client Name:** | Private Music LLC | **Telephone:** | 9547988599 |
| **of** | 9848 NW 56TH PLACE Coral Springs | **Purpose:** | Web/Radio |
| **Product:** | Earn Your Leisure Podcast | | |
| **Contact Info:** | Yomil Valenzuela 9547988599 | | |
| **Email:** | yomilvm2@gmail.com | | |

**Approved by:** _____

**This permit allows for filming or photography in Miami Beach with the following conditions:**

**\*\*\*Production must comply with all applicable Federal, State, County, and local guidelines, rules, and regulations including observing CDC COVID-19 recommendations on social distancing, face coverings, and sanitation\*\*\***

Ref. Self-Contained filming at 42 Star Island by private arrangement, with notifications to affected properties and approval from PSHI HOA.

* Production must be accompanied by MBPD off-duty officer at all times. Staffing by VincentStella@miamibeachfl.gov
* All production activity, inclusive of parking and passenger pickup/drop off must be contained within the picture property.
* No exterior filming, ITC or ROW closures requested or approved
* No parking on side of the road or swale at any time.
* Production will take all precautions to ensure safety.
* No building code exceptions requested or approved
* Off-site basecamp at Watson Island
* DJ from 10am to 8pm - All amplified sounds must be directed away from Residential areas (inclusive of Star Island and West Ave) and towards the water/MacArthur Causeway.
* No Noise Ordinance exception has been requested or granted.

**GENERATORS:**
* Generator placement approved as per attached diagrams only.
* Generator must be placed over absorbent material if over grass, sand or soil.
* Production must have an appropriate fire extinguisher available on site at all times.
* No excess fuel or refueling plan has been submitted or approved, as such, production may not perform refueling activities on site.
* Generator placement must ensure exhaust does not feed into any enclosed occupied spaces.

**\*\*\*Any additional generators on site, not pictured in approved diagrams, must be reviewed, and approved on site by MDFD off-duty officer for placement, safety and cabling. Any additional units approved on site must be documented and submitted to VeronicaHennig@miamibeachfl.gov \*\*\***

* Any production activity exceeding the terms of this permit must be accompanied by a supplemental permit.

* All commercial drone (UAS) uses are prohibited for filming and are not allowed via this permit, unless specific approval is granted within this film permit and via specifications of FAA Section 333 exemption requirements.

**\*This permit grants no use of weapons (including prop or toy weapons), large props, stunt activity (including simulated fighting), pyrotechnics or any uses that would constitute public endangerment unless explicitly coordinated and approved in the above permit conditions.**

\*Noise Ordinance in effect at all times.

| Start Date | End Date | Time | Location | Address |
|---|---|---|---|---|
| 11/30/2022 | 11/30/2022 | 8am to 7pm | Residential | Picture Property - 42 Star Island |
| 12/1/2022 | 12/1/2022 | 12pm to 7pm | Residential | Picture Property - 42 Star Island |
| 12/2/2022 | 12/2/2022 | 12pm to 10pm | Residential | Picture Property - 42 Star Island |
| 12/3/2022 | 12/3/2022 | 8am to 6pm | Residential | Picture Property - 42 Star Island |

Tuesday, November 29, 2022



**FILM AND PRINT PERMIT INFORMATION**
Phone:(305) 673-7070  Fax:(305) 673-7063

---

**Applicant/Permittee warrants that Applicant/Permittee has reviewed and agreed to be governed by the terms and conditions of the City of Miami Beach Film and Print requirements and Guidelines.  Applicant/Permittee's commencement of the productions activities detailed above shall be deemed a further representation by Applicant/Permittee of its acceptance and agreement to be bound by said terms, conditions and all above remarks.**

Tuesday, November 29, 2022

| From: | Hennig, Veronica |
|---|---|
| To: | Curitore, Thomas; Singh, Narinder; Betancourt, Francois |
| Cc: | Blanco, Mindy; Monserrat, Marcia; Vallecillo, Francys; Arrogante, Lissette; Stella, Vincent |
| Subject: | RE: 42 Star Island - Update (Permit Revoked) |
| Date: | Thursday, December 1, 2022 7:28:33 PM |
| Attachments: | image002.png |
| | image003.png |

+ Building Dept and Fire -

@Betancourt, Francois  @Singh, Narinder

Given that the structures in the pictures attached were not used strictly for production, and were accessible by the general public – they don't meet the benchmarks for exception from building dept regulations under Film, would they be a violation?

Please note, during the permitting process, production dropped the request for the inclusion of these Temp Structures in the permit (due to lack of information and time to go through fire/safety review) so they could be included in their permit under the FL building code exception for Film.

As such, they were not included in the permit (the language " No building code exceptions requested or approved" is included)

**MIAMIBEACH**

**Veronica Hennig, Film & Print Production Liaison**
TOURISM & CULTURE DEPARTMENT
1755 Meridian Avenue, Suite #500, Miami Beach, 33139
Main: 305.673.7577 x 2711 | Direct: 305.673.7070 |
www.filmmiamibeach.com | www.miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*
PLEASE NOTE: If your production requires Parking Rental arrangements, a complete and accurate Parking Space Rental Application  must be submitted to the Parking Department **(3) business days** in advance, non-metered/residential areas require **(5)  business days**' notice.



**From:** Hennig, Veronica
**Sent:** Thursday, December 1, 2022 5:59 PM
**To:** Curitore, Thomas <ThomasCuritore@miamibeachfl.gov>
**Cc:** Blanco, Mindy <MindyBlanco@miamibeachfl.gov>; Monserrat, Marcia <MarciaMonserrat@miamibeachfl.gov>; Vallecillo, Francys <FrancysVallecillo@miamibeachfl.gov>; Arrogante, Lissette <LissetteArrogante@miamibeachfl.gov>; Stella, Vincent <VincentStella@miamibeachfl.gov>
**Subject:** RE: 42 Star Island - Update

Attached please find the permittee's documents – I've cancelled the permit attached and am instructing production that they must load out completely tonight.
They can not return tomorrow.

PD is on site and Sgt Stella is asking them to stay until everything is done.



**Veronica Hennig, Film & Print Production Liaison**
TOURISM & CULTURE DEPARTMENT
1755 Meridian Avenue, Suite #500, Miami Beach, 33139
Main: 305.673.7577 x 2711 | Direct: 305.673.7070 |
www.filmiamibeach.com | www.miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*
PLEASE NOTE: If your production requires Parking Rental arrangements, a complete and accurate Parking Space Rental Application must be submitted to the Parking Department **(3) business days** in advance, non-metered/residential areas require **(5)  business days**' notice.

---

**From:** Curitore, Thomas <ThomasCuritore@miamibeachfl.gov>
**Sent:** Thursday, December 1, 2022 5:35 PM
**To:** Hennig, Veronica <VeronicaHennig@miamibeachfl.gov>
**Cc:** Blanco, Mindy <MindyBlanco@miamibeachfl.gov>; Monserrat, Marcia
<MarciaMonserrat@miamibeachfl.gov>; Vallecillo, Francys <FrancysVallecillo@miamibeachfl.gov>;
Arrogante, Lissette <LissetteArrogante@miamibeachfl.gov>
**Subject:** Re: 42 Star Island - Update

We are in the process of giving them a. Violation for operating out of their SEP.   people are arriving by Uber etc and using the qr  code at the gate.

MIAMIBEACH
Tom Curitore
Assistant Director
CODE COMPLIANCE DEPARTMENT
1680 Meridian Avenue Suite 602, Miami Beach, FL

E-Mail: ThomasCuritore @miamibeachfl.gov


On Dec 1, 2022, at 10:58 AM, Hennig, Veronica <VeronicaHennig@miamibeachfl.gov>
wrote:


Mindy,

Per our conversation, I've reiterated to production that under no circumstances should
individual attendees be coming up to the gate with a QR code for entry, that all their
extras must be shuttled over from their basecamp at Watson Island as originally
agreed.

If anyone comes up to the gate with a QR code or ticket. Capt Williams at the gate will

inform us through Amy (HOA) and get an image if he can, at which point I will contact you directly.

I've attached the existing permit with their ROS for today. Thanks for scheduling the site visit today as well.

Please let me know if you have any additional  questions,

**Veronica Hennig, Film & Print Production Liaison**
TOURISM & CULTURE DEPARTMENT
1755 Meridian Avenue, Suite #500, Miami Beach, 33139
Main: 305.673.7577 x 2711 | Direct: 305.673.7070 |
www.filmiamibeach.com | www.miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*
PLEASE NOTE: If your production requires Parking Rental arrangements, a complete and accurate Parking Space Rental Application  must be submitted to the Parking Department **(3) business days** in advance, non-metered/residential areas require **(5)  business days**' notice.



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
11/29/2022

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | | CONTACT NAME: | FFI Program Support | | |
|---|---|---|---|---|---|---|---|
| Veracity Insurance Solutions, LLC. | | | | **PHONE (A/C, No, Ext):** 844.670.1078 | | **FAX (A/C, No):** | |
| 260 South 2500 West, Suite 303 | | | | **E-MAIL ADDRESS:** info@fullframeinsurance.com | | | |
| Pleasant Grove | | UT | 84062 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | | | | INSURER A : Lyndon Southern Insurance Company | | | 10051 |
| **INSURED** | | | | INSURER B : | | | |
| Private Music LLC | | | | INSURER C : | | | |
| 9848 Northwest 56th Place | | | | INSURER D : | | | |
| Coral Springs | | FL | 33076 | INSURER E : | | | |
| | | | | INSURER F : | | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | | | | | | |
| | X COMMERCIAL GENERAL LIABILITY | X | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | CLAIMS-MADE X OCCUR | | | FVP017740-00 | 11/30/2022 | 12/02/2022 | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ EXCLUDED |
| | X POLICY PRO- JECT LOC | | | | | | ANIMAL BAILEE | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | | | | | WC STATU- TORY LIMITS OTH- ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**
Certificate holder had been added as additional insured regarding the above mentioned policy per attached
Additional Insured - Owners, Lessees, Contractors - Scheduled person or organization (CG20 10, ED. 04 13)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City Of Miami Beach 1700 Convention Center Drive Miami Beach, FL 33139 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2014 ACORD CORPORATION.  All rights reserved.

**ACORD 25 (2014/01)**          The ACORD name and logo are registered marks of ACORD
INS025 (201401)

Policy Number: FVP017740

COMMERCIAL GENERAL LIABILITY
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| **City Of Miami Beach** | |
| **Information required to complete this Schedule, if not shown above, will be shown in the Declarations.** ||

A.  **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1.  Your acts or omissions; or
2.  The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1.  The insurance afforded to such additional insured only applies to the extent permitted by law; and
2.  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

© Insurance Services Office, Inc., 2012

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply: This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C. With respect to the insurance afforded to these additional insureds, the following is added to Section III – Limits Of Insurance: If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or
2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.
This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 10 04 13

© Insurance Services Office, Inc., 2012
(Page 2 of 2)



**City of Miami Beach,** 1700 Convention Center Drive, Miami Beach, Florida 33139, www.miamibeachfl.gov

Tourism, Culture & Economic Development
Office of Film and Event Production Management
1755 Meridian Avenue, Fifth Floor, Miami Beach, Florida 33139
Tel: 305-673-7577, Film line: 305-673-7070, Email: film@miamibeachfl.gov

MIAMI BEACH REQUIRES A FULLY COMPLETED INDEMNITY AGREEMENT BEFORE ANY PERMITS MAY BE ISSUED.

For any production, including those based outside of the United States, the Indemnity Agreement must be executed by the same named entity providing insurance and as listed as the permitee in relation to each project. Completing this paperwork is the responsibility of the permitting company and NOT the insurer.

The Indemnity shall only be considered completed when it has received a Government-issued corporate seal (imprint on original) <u>or</u> has been notarized.  **Both are not necessary**

You may scan and email or fax the final documents to the number/ address listed below as long as they are legible.  Originals must be mailed to replace them.

The Indemnity, once executed and approved, is valid for a period of **three (3) years** from the date that appears on the acknowledgement page of the document.

PLEASE CHOOSE THE PROPER DESIGNATION:  You will notice that there are three designations for the type of indemnifying entity (corporation, sole proprietor or partnership), defined by the type of operation and how the entity's taxes are filed. You <u>must</u> indicate the correct designation.

PLEASE NOTE THE SECTION FOR WORKER'S COMPENSATION.   You <u>must</u> indicate in the appropriate box and provide the necessary coverage when required.

The Indemnity may only be signed by an authorized representative granted legal signing authority of the permitting entity. Signing this form without legal authorization of the permitting entity constitutes fraud. This representative must additionally initial page one of the indemnity at the bottom right corner in the space provided.

Any Questions? Contact Us!
Miami Beach Film and Print Office
1755 Meridian Avenue, Fifth Floor
Miami Beach, FL 33139
Phone: 305-673-7070
Fax : 786-394-4559
Email:  film@miamibeachfl.gov

## CITY OF MIAMI BEACH - OFFICE OF FILM & PRINT
## INDEMNITY AGREEMENT

1.   IN CONSIDERATION OF the City of Miami Beach allowing and permitting

_Private Music LLC._
(Name of business entity/individual)

designated by operation and tax purposes as a/ an

☑ **Corporation**
☐ **Individual/ Sole Proprietor**
☐ **Partnership**

("Indemnitor"), having its principal place of business at

_9848 NW 56th Place  Coral Springs FL 33076_
(Street address)                    (City, State/ Province, Country, zip/ postal code)

to conduct lawful activities relative to the commercial print photography and/or film industry for three (3) years from the date of execution of this agreement, Indemnitor agrees to indemnify and save harmless the City of Miami Beach, Florida ("City"), its agents, officials, and employees for and on account of the City to make defense against, any and all claims, actions, demands, suits, liabilities, damages and payments, in tort or in contract, including, without limitation, accidents, liability or loss for injuries to or deaths of persons or damages to property caused by any act or failure to act of the Indemnitor in any way relating to its preparation, operations or other activities within the City of Miami Beach relating to all special events, photo shoots and/or filming, regardless of whether the same are on or off premises owned by the City of Miami Beach, and shall extend to all locations within the City of Miami Beach.

2.   Indemnitor shall, on or before date of production start, as a condition precedent to being allowed to conduct their/ its activities, deliver to the City of Miami Beach, Office of Film & Event Production Management, located at City Hall, 1700 Convention Center Drive, Miami Beach, Florida 33139, certificates of insurance providing for both comprehensive general liability (including contractual liability) insurance with a minimum coverage of one million ($1,000,000.00) dollars per occurrence per person, and accident, and Worker's Compensation Insurance (as required by Florida Statutes).

3.   Indemnitor agrees to provide comprehensive general liability insurance which must name **the City of Miami Beach** (**with full mailing address**) as an **additional insured** thereon.

4.   Indemnitor **must check** one of the following boxes with regards to Worker's Compensation:
     ☐   Indemnitor **is required** to carry Worker's Compensation by Florida Statutes or entity's local equivelent and agrees to provide evidence of such coverage.
     ☑   Indemnitor **is not required** to carry Worker's Compensation by Florida Statutes or entity's local equivelent.

5.   The liability and Worker's Compensation insurance coverage shall be issued by an insurance company duly authorized to do business in the State of Florida and rated B+ VI or better per A.M. Best's Key Rating Guide, latest edition. Indemnitor warrants and represents that it has notified its insurance agent of the contents of this Indemnity Agreement, and has supplied the agent with a copy.

Initials of Indemnitor (required) _Y.V._

IN WITNESS WHEREOF, the Indemnitor has executed this Agreement this ___*28th*___

day of ___*November*___, 20 *22*___

INDEMNITOR: ___*Private Music LLC.*___
(print name of Corporation, Individual/ Sole Proprietor or Partnership)

CORPORATE SEAL          BY: ___*Yomil V.*___
(affix here)                        (Signature of authorized representative)

                                 ___*Yomil Valenzuela CEO*___
                                 (Print name and title of person signing)

# ACKNOWLEDGEMENT

State Of *FLORIDA*___

County of *BROWARD*___

NOTARY SEAL
(affix here)

*Sweeta Birbal*
*State of Florida*
*My Commission Expires 10/07/2023*
*Commission No. GG 920058*

On this the *28th* day of *November*___, 20*22*

Before me, the undersigned Notary Public of the State of

*FLORIDA*___, personally appeared

*YOMIL VALENZUELA*___, and whose name is
(Print name of individual who appeared before Notary Public)

subscribed to the within instrument, and he/she acknowledge that
he/she executed it.  WITNESS my hand and official seal.

_____
(Signature of Notary Public)

NOTARY PUBLIC, STATE OF *FLORIDA*___

*SWEETA BIRBAL*___
(Name of Notary Public: print, stamp, or type as commissioned)

_____ Personally know to me , or __*✓*__ Produced Identification:

*FL DL*___
(Type of Identification produced)

_____ DID take an oath, or __*✓*__ DID NOT take an oath.

Form Approved
Legal Department, 2014

# Earn Your Leisure Podcast - Production Schedule

# Parking Information

Parrot Jungle Trail Miami FL 33134 US

**Staff Shuttle - Start Time - 8 :00 AM -**
**Guest shuttles - Start Time - 12:00 PM -**

**Officers Confirmed**

150 People Confirmed

**Load in - November 30, 2022**
8am-2pm
Setting up stage
Furniture
Lighting
Sound
Decor

**November 30, 2022**
Start Time 2pm
Podcast prep 2:30pm
Shoot 3pm-5pm
Finish time 7pm -

**December 1, 2022**
Start Time 12pm
Podcast prep 1pm
Shoot 3pm-5pm
Finish time 7pm

**December 2 2022**
Start Time 12pm
Podcast prep 1pm
Shoot 3pm-8pm
Finish time 10pm

**Load out**

**December 3, 2022**
8am - 6pm
Breakdown stage
Pack equipment


**Stage Dimensions**

2' high
20' wide



Podcaster: Earn Your Leisure Podcast

# Podcast Talent

Artist: Dawn Okoro
Artist: Tania Rivilis
Artist: Samantha Ferrer
Artist: Alaina Forde

**From:**      Blanco, Mindy
**To:**        Blanco, Mindy
**Date:**      Thursday, December 1, 2022 6:26:53 PM
**Attachments:**  IMG_1598.PNG
               IMG_1590.PNG
               IMG_1585.PNG
               IMG_1594.PNG
               IMG_1588.PNG
               IMG_1602.PNG
               IMG_1606.PNG
               IMG_1608.PNG
               IMG_1597.PNG
               IMG_1600.PNG
               IMG_1592.PNG
               IMG_1586.PNG



















 **VIP Lounge**

 **Red Carpet**

 **Dance Floor**



 **Flower Wall**

 **Live DJ and Performances**

 **Moments**







houseofpod.escapelux.com

# The Timeline



# Grand Opening

## 11/30/2022

~~12:00 P.M.~~ 4:00 P.M. – 6:00 P.M. EST



# Following Through

## 12/01/2022



# Following Through

## 12/01/2022

12:00 P.M. – 6:00 P.M. EST



# Closing Ceremony

## 12/02/2022

12:00 P.M. – 9:00 P.M. EST

Activation Begins

6:14  10m 

🔒 houseofpod.escapelux.com

**Activation Begins**
# 11/30/2022

00 Days

00 Hrs

00 Min

00 Sec

RSVP NOW







Kindest Regards,



Mindy Blanco, *Code Compliance Officer II*
Code Compliance Department
1680 Meridian Ave- Suite #602, Miami Beach, Florida 33139
Tel: 305-673-7000  Ext. 22144  Fax  786-394-2428/ MindyBlanco@miamibeachfl.gov

**FW: 42 Star Island - Update**

---

**From:**  Varela, Kenneth  KennethVarela@miamibeachfl.gov

**To:**  Giraldo, Danny  DannyGiraldo@miamibeachfl.gov

**Date:**  Fri, Dec 2, 2022, 2:47 PM

22-442 - Private Music LLC - Earn Your Leisure Podcast - 113022 - 120322.pdf  113 KB

Certificate (CG 2010)_FVP017740.pdf  485 KB

City of Miami Beach, 1700 Convention Center Drive, Miami Beach, Florida 33139, www.miamibeachfl.gov.pdf  1.1 MB

Earn Your Leisure Podcast RUN of show.pdf  48 KB

---

## MIAMIBEACH

**Kenneth Varela**
Code Compliance Administrator
Code Compliance Department
1680 Meridian Ave #602, Miami Beach, Fl. 33139
Business Hours Monday- Lobby Closed to the public
Lobby open to the public Tuesday- Friday 8:30am-12:00pm
Closed for lunch 12:00pm-1:00pm
Lobby Open 1:00pm-4:30pm
Tel: 305-673-7000 x 26762
KennethVarela@MiamiBeachFl.Gov
*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*

---

**From:** Hennig, Veronica <VeronicaHennig@miamibeachfl.gov>
**Sent:** Friday, December 2, 2022 2:12 PM
**To:** Varela, Kenneth <KennethVarela@miamibeachfl.gov>
**Subject:** Fw: 42 Star Island - Update

Please see attached

---

**From:** Hennig, Veronica
**Sent:** Thursday, December 1, 2022 5:59 PM
**To:** Curitore, Thomas <ThomasCuritore@miamibeachfl.gov>
**Cc:** Blanco, Mindy <MindyBlanco@miamibeachfl.gov>; Monserrat, Marcia
<MarciaMonserrat@miamibeachfl.gov>; Vallecillo, Francys
<FrancysVallecillo@miamibeachfl.gov>; Arrogante, Lissette
<LissetteArrogante@miamibeachfl.gov>; Stella, Vincent
<VincentStella@miamibeachfl.gov>
**Subject:** RE: 42 Star Island - Update

Attached please find the permittee's documents – I've cancelled the permit attached
and am instructing production that they must load out completely tonight.
They can not return tomorrow.

PD is on site and Sgt Stella is asking them to stay until everything is done.

## MIAMIBEACH

**Veronica Hennig, Film & Print Production Liaison**
TOURISM & CULTURE DEPARTMENT
1755 Meridian Avenue, Suite #500, Miami Beach, 33139
Main: 305.673.7577 x 2711 | Direct: 305.673.7070 |
www.filmiamibeach.com | www.miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our
vibrant, tropical, historic community.*
PLEASE NOTE: If your production requires Parking Rental arrangements, a complete and
accurate Parking Space Rental Application  must be submitted to the Parking Department
**(3) business days** in advance, non-metered/residential areas require **(5)  business days'**
notice.

**From:** Curitore, Thomas <ThomasCuritore@miamibeachfl.gov>
**Sent:** Thursday, December 1, 2022 5:35 PM
**To:** Hennig, Veronica <VeronicaHennig@miamibeachfl.gov>
**Cc:** Blanco, Mindy <MindyBlanco@miamibeachfl.gov>; Monserrat, Marcia

<[MarciaMonserrat@miamibeachfl.gov](mailto:MarciaMonserrat@miamibeachfl.gov)>; Vallecillo, Francys
<[FrancysVallecillo@miamibeachfl.gov](mailto:FrancysVallecillo@miamibeachfl.gov)>; Arrogante, Lissette
<[LissetteArrogante@miamibeachfl.gov](mailto:LissetteArrogante@miamibeachfl.gov)>
**Subject:** Re: 42 Star Island - Update


We are in the process of giving them a. Violation for operating out of their SEP. people are arriving by Uber etc and using the qr  code at the gate.

MIAMIBEACH
Tom Curitore
Assistant Director
CODE COMPLIANCE DEPARTMENT
1680 Meridian Avenue Suite 602, Miami Beach, FL
E-Mail: ThomasCuritore [@miamibeachfl.gov](mailto:@miamibeachfl.gov)


On Dec 1, 2022, at 10:58 AM, Hennig, Veronica
<[VeronicaHennig@miamibeachfl.gov](mailto:VeronicaHennig@miamibeachfl.gov)> wrote:


Mindy,

Per our conversation, I've reiterated to production that under no circumstances should individual attendees be coming up to the gate with a QR code for entry, that all their extras must be shuttled over from their basecamp at Watson Island as originally agreed.

If anyone comes up to the gate with a QR code or ticket. Capt Williams at the gate will inform us through Amy (HOA) and get an image if he can, at which point I will contact you directly.

I've attached the existing permit with their ROS for today. Thanks for scheduling the site visit today as well.

Please let me know if you have any additional  questions,

3 / 4

**Veronica Hennig, Film & Print Production Liaison**

TOURISM & CULTURE DEPARTMENT

1755 Meridian Avenue, Suite #500, Miami Beach, 33139

Main: 305.673.7577 x 2711 | Direct: 305.673.7070 |

www.filmmiamibeach.com | www.miamibeachfl.gov

*We are committed to providing excellent public service and safety to all who live, work and play in our vibrant, tropical, historic community.*

PLEASE NOTE: If your production requires Parking Rental arrangements, a complete and accurate Parking Space Rental Application  must be submitted to the Parking Department **(3) business days** in advance, non-metered/residential areas require **(5) business days**' notice.



CERTIFIED MAIL™

MIAMI FL 330

USPS CERTIFIED MAIL   AUG 2023 PM 1 L

City of Miami Beach
Code Compliance
1700 Convention Center Dr
Miami Beach Fl 33139

US POSTAGE PITNEY BOWES
ZIP 33139   $ 007.18⁰
02 4W
0000385406 AUG 07 2023

9214 8901 9403 8324 8478 95

Received By:
SEP 1 8 2023

CMB
Code Compliance

CC2022-14452/42 STAR ISLAND DR
PRIVATE MUSIC LLC VALENZUELA YOMIL
9848 NW 56TH PL
CORAL SPRINGS FL 33076-2823

NIXIE     331   CE 1
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
MANUAL PROC REQ    *2206-01674-07-43

**IN AND BEFORE THE SPECIAL MAGISTRATE
OF THE CITY OF MIAMI BEACH, FL
Miami Beach, Miami-Dade County, FL**

Special Magistrate Case #: SMA2022-03450
Violation #: CC2022-14452

Private Music, LLC- Valenzuela, Yomil

      Petitioner,

      v.

CITY OF MIAMI BEACH,

      Respondent.

_____ /

      **AN ADMINISTRATIVE HEARING** was held before the Special Magistrate of the City of Miami Beach, Florida, on October 16, 2023, at the request of the Petitioner, for the purpose of appealing

Section 12-5
Conducting a Special Event without a permit.

Conducting a special event in the City of Miami Beach without a permit

      **AS A CONSEQUENCE THEREOF**, the Conclusion of the Special Magistrate is as follows:

1. The appeal is withdrawn.

2. The Violator is hereby adjudicated guilty of the 1st offense.

3. The fine of $1,000.00 is hereby imposed and is payable to Code Enforcement by November 15, 2023.

4. The administrative court cost shall be returned to Petitioner.

Done and Ordered as of 10/16/2023

DocuSigned by:

_____

Annette E. Cuffriel

As Special Magistrate for the City of Miami Beach

cc: Department:
Finance Department

**Case:** ZV2023-05061

**City Of Miami Beach Case Notes Summary**

**Case Status:** Fine Paid
**Open Date:** 12/10/2023
**Close Date:** 01/23/2024

Printed on: 11/25/2024
Page 1 of 1

**Case Description:** REF: Using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or advertising the residential property for the purpose of promoting the occupancy or use of the single-family home for less than 6 months and 1 day, in violation of this ordinance.
REF: NYLON, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week -(Featuring other branded partners

| Note Text | Created By | Date |
|---|---|---|
| Verified invoice # 00451488 was paid in full, closed case. | StephanieNoa@miamibeach | 01/23/2024 |
| Attached executed Agreed Order, reduced fine to $10,000 per order, and created invoice # 00451488.  Sent invoice to customer via email, daisy@lhochsteinmd.com, with payment instructions. | StephanieNoa@miamibeach | 01/23/2024 |
| Submitted to CCA Thomas for processing. MB | mindyblanco@miamibeachfl. | 01/23/2024 |
| Agreed Order. Attached. MB | mindyblanco@miamibeachfl. | 01/23/2024 |
| Case has been appealed. SM TBD | mindyblanco@miamibeachfl. | 01/10/2024 |
| Wait appeal time frame. MB | mindyblanco@miamibeachfl. | 12/28/2023 |
| Obtained service, copy of delivery confirmation attached & created task to notify CCO of service obtained. | LauraAguilar@Miamibeachfl. | 12/26/2023 |
| Received task from CCA authorizing certified mail process. Prepared and sent certified mail | LauraAguilar@Miamibeachfl. | 12/12/2023 |
| I received the case paperwork from issuing Officer to have the case processed for Certified Mail. I will turn the case over to clerical today for processing. R.Thomas | RianneThomas@miamibeacl | 12/12/2023 |
| Submitted to CCA for Review–Certified Mail | mindyblanco@miamibeachfl. | 12/11/2023 |
| Site inspection did not reveal any activity at the residence. I research online on World Red Eye website, social media and I was able to locate on Social Media postings of an event that took place within the residence with NYLON, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week -(Featuring other branded partners Body Amour & Patron Tequila). Which is prohibited in zone RS-1<br> Notice of violation was issued. BWC was not needed for internet research only for the site inspection.<br>1st Offense: $25,000.00. | mindyblanco@miamibeachfl. | 12/10/2023 |

Ex. 2

**MIAMIBEACH**

**Code Compliance Department**
1680 Meridian Avenue
Suite 602
Miami Beach, Florida 33139
Tele: 305.673.7555
Fax: 305.673.7012

# Notice of Violation

| Violation Notice Date: | Date 12/10/2023 | Time 6:14 PM | | Case Number ZV2023-05061 | |
|---|---|---|---|---|---|
| Address of Violation: | 42 STAR ISLAND DR | | | Unit | |
| Parcel Number: | 0242040010350 | | | | |
| Legal Description: | STAR ISLAND CORR PL PB 31-60  LOT 42  LOT SIZE 48266 SQ FT  OR 18281-1490 0998 4 | | | | |
| Violator Name: | LEONARD HOCHSTEIN C/O GRAY ROBINSON PA | | | | |
| Mailing Address: | 42 STAR ISLAND DR | | City and State MIAMI BEACH, FL | | Zip Code 33139 |

The City of Miami Beach Code Compliance Department has determined that the above Property has violated the Miami Beach Code of Laws and Ordinances (the "City Code"). This violation is the 1st offense, and this Notice of Violation carries a fine (and other monetary charges) of $25,000.00. Specifically, Code Compliance Officer Mindy Blanco has found there to be a violation(s) of the City Code, which is/are:

Section 142-109. Using a single family home for a commercial use and/or advertising the residential property for a commercial use and/or advertising the residential property for the purpose of promoting the occupancy or use of the single family home for less than 6 months and 1 day, in violation of this ordinance.

**Reference:**                      NYLON, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week -(Featuring other branded partners Body Amour & Patron Tequila) at 42 Star Island Dr on December 10, 2023.

"You can comply by immediately ceasing said use and paying a civil fine of:

| First Violation | $  25,000.00 |
|---|---|
| Second Violation within 18 months | $  50,000.00 |
| Third Violation within 18 months | $  75,000.00 |
| Fourth Violation  or greater within 18 months | $ 100, 000.00 |

The commercial use must be immediately terminated upon confirming a violation has occurred by the Miami Beach Police Department and the Code Compliance Department.

Enhanced Penalties:

If the offense is a Second Offense within the preceding eighteen (18) month period of time, and the total square footage of all building(s), accessory building(s), dwelling(s) or structure(s) exceeds 5,000 total square feet, then the Special Magistrate must impose an additional fine of $50,000.00. **Fine(s) must be paid within 72 hours** of receipt of the violation. A copy of the violation must accompany the payment. Please make checks or money orders payable to: City of Miami Beach. Payment can be mailed or taken in person to: The Finance Department (Cashier), 1700 Convention Center Drive, 1st floor, Miami Beach, FL 33139.

Fine(s) and/or violations may be appealed within **Twenty (20)** days of receipt of the notice of violation. To appeal a fine and/or violation, submit a written request for an appeal hearing to the Clerk of the Special Master - 1700 Convention Center Dr., Miami Beach, FL 33139. A check for $128 (administrative charges) must accompany the request along with the case number.

Failure to pay the fine or request an appeal hearing in the manner indicated above shall constitute a waiver of the violator's right to contest the citation and shall be treated as an admission of the violation.

The City may institute proceedings in a court of competent jurisdiction to compile payment of civil fine(s). The certified copy of the order imposing civil fine(s) may be recorded in the public records and thereafter shall constitute a lien upon any real or personal property owned by the violator.

| Issuing Code Compliance Officer | Name: Mindy Blanco | Badge #: 742 | Phone and Extension: (305) 673-7555 ext 2144 |
|---|---|---|---|
| | Email: mindyblanco@miamibeachfl.gov | | |
| Received By: Certified Mail | Compliance Date: 12/11/2023 | Received Date: | Received Time: |

**ADA Information**

To request this material in accessible format, sign language interpreters, information on access for persons with disabilities, and/or any accommodation to review any document or participate in any City-sponsored proceeding, please contact 305.604.2489 (voice), 305.673.7524 (fax) or 305.673.7218 (TTY) five (5) days in advance to initiate your request. TYY users may also call 711 (Florida Relay Service).

DocuSigned by:

*Mindy Blanco*              12/10/2023 | 6:22 PM EST

4997C0879664JF...

Mindy Blanco



**Instagram**

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

worldredeye ✓ • Follow
Miami Beach, Florida

worldredeye ✓  3h
@nylonmag, in partnership with
FRAMEWORK, brought NYLON Nights
to Miami Art Week. 💥

DJ sets included globally renowned
artists @guygerber, @ronyseikaly, and
@talon_musik. The event took place at
a private residence and transformed
into a destination of culture, music, and
style. Brand partners included
@drinkbodyarmor and @patron.

taurus.chick 39m
Boooring 😵

Reply

wrathofstockgod 2h
The nylon mag events are so over

443 likes
3 hours ago

Add a comment...



**worldredeye** ✓ • Follow
Miami Beach, Florida

**worldredeye** ✓ 3h
@nylonmag, in partnership with FRAMEWORK, brought NYLON Nights to Miami Art Week. 💥

DJ sets included globally renowned artists @guygerber, @ronyseikaly, and @talon_musik. The event took place at a private residence and transformed into a destination of culture, music, and style. Brand partners included @drinkbodyarmor and @patron.

**taurus.chick** 39m
Booooring 😣
Reply

**wrathofstockgod** 2h
The nylon mag events are so over

443 likes
3 hours ago

Add a comment...

IN AND BEFORE THE SPECIAL MAGISTRATE
OF THE CITY OF MIAMI BEACH, FLORIDA

CODE VIOLATION CASE NO.:  ZV2023-05061

LEONARD HOCHSTEIN,

    Petitioner,

vs.

CITY OF MIAMI BEACH,

    Respondent.

_____/

## AGREED ORDER MODIFYING MONETARY FINES

**UPON STIPULATION AND AGREEMENT** with Robert Switkes, Esquire and on behalf of Leonard Hochstein, (hereinafter referenced as the "Petitioner"), and Deputy City Attorney, Steven H. Rothstein, counsel to Respondent (hereinafter referenced as the "City"), regarding the code enforcement violation referenced above in this Agreed Order against the real property which is located at 42 Star Island, Miami Beach, Florida (the "Property"), the respective parties having agreed to the terms of this Order,

    **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

    1.    Petitioner hereby acknowledges that there is a violation of the City Code, Section 142-109; using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy, which violation is identified as Code Compliance Case Number ZV2023-05061 (first offense).

    2.    The parties agree that the monetary fine for this violation shall be modified to reflect the amount of Ten Thousand and 00/100 Dollars ($10,000), which shall be due on or before February 20, 2024.  If payment is not made as specified above, the fine shall return to the original amount of Twenty-Five Thousand and 00/100 Dollars ($25,000) as set forth in the Notice of Violation.

CODE VIOLATION CASE NO.:  ZV2023-05061

3.      Petitioner is further ordered to cease and desist using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy rental or advertisement of the Property in violation of the City's Land Development Regulations and shall only utilize the Property as a residential dwelling consistent with those requirements set forth with City of Miami Beach's Code of Law and Ordinances.

**DONE AND ORDERED** by the Special Magistrate of the City of Miami Beach, this 18th day of January, 2024.

ANNETTE E. CANNON, Chief Special Magistrate
for the City of Miami Beach

Copies furnished to:
Steven H. Rothstein, Deputy City Attorney at StevenRothstein@miamibeachfl.gov
Robert L. Switkes, Esquire at Rswitkes@switkeslaw.com>

2









# NYLON

MENU



WORLD RED EYE

NYLON NIGHTS

## NYLON PARTY REPORT CARD: NYLON NIGHTS TAKES MIAMI

NYLON wrapped up Art Basel 2023 with an unforgettable private mansion party.

by LAYLA HALABIAN                                                                              11 HOURS AGO

*Welcome to NYLON's Party Report Card, where we give you the Who, What, Where, Why, and When on this week's hottest parties — plus all the gossip you missed. It's the inside scoop you need to feel like you were on the invite list. Sorry in advance for the FOMO.*

**WHAT:** NYLON Nights

ADVERTISEMENT

# NYLON

MENU

**WHEN:** Saturday, Dec. 9

**WHO:** Yvonne Orji, Simon Rex, Meredith Duxbury, Patrick Ta, Chris Appleton, Blu DeTiger, and more

**WHERE:** Star Island, Miami Beach

**WHY:** To close out Art Basel 2023

**THE VIBE:** Just when you thought Art Basel was a wrap, NYLON pulled out all the stops for another legendary edition of NYLON Nights. On Saturday, Dec. 9 partygoers pulled up — many coming via Blacklane's on-demand service — to a fantastic, waterfront estate on the hyper-exclusive Miami Beach neighborhood Star Island, where they were met with glam red lighting and bumping house music — and a fully-stocked, oversized neon refrigerator full of Bodyarmor Flash I.V. drinks. In true NYLON fashion, drinks were strong and plentiful, courtesy of Patrón, who served up cocktails in crowd-favorite, miniature Patrón bottle replicas.

A-list guests like *Red Rocket* and *The Sweet East* actor Simon Rex and *Insecure's* Yvonne Orji mingled on sleek black couches, but the true star of the night was a massive tuna carried out in true bottle-girl-style by Sushi by Bou for an unforgettable live carving. The on-site sushi chef entranced and energized the crowd with quick, precise cuts before serving up tuna that bordered on life-changing — fresh, fatty, and beyond flavorful. The one night only pop-up also featured plenty of sake — you could hear the group cheers echoing throughout the property each time a group shot was poured.

HOUSE MUSIC PLAYED ALL NIGHT LONG.

World Red Eye

ADVERTI

TAP TO VIEW FULLSCREEN

SAKE SHOTS ALL AROUND.  *WORLD RED EYE*

MAKE WAY FOR TUNA!  *WORLD RED EYE*

# NYLON

NYLON EDITOR-IN-CHIEF LAUREN MCCARTHY IN VERSACE.  *WORLD RED EYE*

PATRÓN MINIATURE BOTTLE REPLICAS BECAME A HOT COMMODITY.  *WORLD RED EYE*

Over by the mansion's private dock, partiers regaled each other with tales of Basel recaps and tuna devotion while staring out at the calm Biscayne Bay — when they weren't taking turns using a yacht as a classic Miami photo backdrop, of course. And as night continued and the sun got closer to rearing its face, guests were well-prepared for any and all potential hangovers thanks to ready-to-go Thirst Aid Kits, inspired by various flavors of BODYARMOR Flash IV Sticks.

**BEST DRESSED:** Patrick Ta, in a silky, Miami-ready white smoking jacket and trousers, topped with a cobalt trucker hat and a single, glamorous chain

PATRICK TA IN HIS MIAMI BEACH BEST.

World Red Eye

**OVERHEARD:** "Damn, I've got to start fishing..."

TAP TO VIEW FULLSCREEN

WHO WANTS TUNA?  *WORLD RED EYE*

NYLON NIGHTS AND PEACE ON EARTH.  *WORLD RED EYE*

SASHIMI INCOMING.  *WORLD RED EYE*

WHAT A VIEW.  *WORLD RED EYE*

YVONNE ORJI LOOKED SLEEK IN BUBBLEGUM PINK.  *WORLD RED EYE*

MAKEUP MASTERS PATRICK TA AND MEREDITH DUXBURY.  *WORLD RED EYE*

NYLON NIGHTS CALL FOR FRESH FITS.  *WORLD RED EYE*

**N Y L O N**

MENU

CHANEL IMAN WAS DREAMY IN DENIM.  *WORLD RED EYE*

POUR IT UP.  *WORLD RED EYE*

STAYING HYDRATED THANKS TO BODYARMOR.  *WORLD RED EYE*

MORE FRESH FITS.  *WORLD RED EYE*

ANOTHER NYLON NIGHTS FOR THE BOOKS.  *WORLD RED EYE*

19:26

86%

soundsofrituals 22h

@talon_musik



Send message



the girls are quenched. time to hydrate up babes
@drinkbodyarmor









Instagram

nylonmag 16h

@patron only 🗿

Reply to nylonmag...



IN AND BEFORE THE SPECIAL MAGISTRATE
OF THE CITY OF MIAMI BEACH, FLORIDA

CODE VIOLATION CASE NO.:  ZV2023-05061

LEONARD HOCHSTEIN,

     Petitioner,

vs.

CITY OF MIAMI BEACH,

     Respondent.

_____/

## AGREED ORDER MODIFYING MONETARY FINES

**UPON STIPULATION AND AGREEMENT** with Robert Switkes, Esquire and on behalf of Leonard Hochstein, (hereinafter referenced as the "Petitioner"), and Deputy City Attorney, Steven H. Rothstein, counsel to Respondent (hereinafter referenced as the "City"), regarding the code enforcement violation referenced above in this Agreed Order against the real property which is located at 42 Star Island, Miami Beach, Florida (the "Property"), the respective parties having agreed to the terms of this Order,

     **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

     1.     Petitioner hereby acknowledges that there is a violation of the City Code, Section 142-109; using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy, which violation is identified as Code Compliance Case Number ZV2023-05061 (first offense).

     2.     The parties agree that the monetary fine for this violation shall be modified to reflect the amount of Ten Thousand and 00/100 Dollars ($10,000), which shall be due on or before February 20, 2024.  If payment is not made as specified above, the fine shall return to the original amount of Twenty-Five Thousand and 00/100 Dollars ($25,000) as set forth in the Notice of Violation.

CODE VIOLATION CASE NO.:  ZV2023-05061

3.     Petitioner is further ordered to cease and desist using a single-family home for a commercial use and/or advertising the residential property for a commercial use and/or the transient (short-term) rental and/or occupancy rental or advertisement of the Property in violation of the City's Land Development Regulations and shall only utilize the Property as a residential dwelling consistent with those requirements set forth with City of Miami Beach's Code of Law and Ordinances.

**DONE AND ORDERED** by the Special Magistrate of the City of Miami Beach, this 18th day of January, 2024.

ANNETTE E. CANNON, Chief Special Magistrate
for the City of Miami Beach

Copies furnished to:
Steven H. Rothstein, Deputy City Attorney at StevenRothstein@miamibeachfl.gov
Robert L. Switkes, Esquire at Rswitkes@switkeslaw.com>