UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24690-KMM

LEONARD HOCHSTEIN,
DANIEL VINCENT LIBURDI and
SINAN TUNA,

    Plaintiffs,

v.

CITY OF MIAMI BEACH,
a municipal corporation,

    Defendant.

_____/

**PLAINTIFF SINAN TUNA'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, SINAN TUNA ("Sinan"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice as to his claims only against the Defendant, City of Miami Beach.

                                                   **Respectfully submitted,**

                                                   **WOLFE LAW MIAMI, P.A.**
                                                   **COUNSEL FOR PLAINTIFFS**
                                                   175 SW 7th Street, Suite 2410
                                                   Miami, FL 33130
                                                   Phone: 305.384.7370
                                                   Fax:    305.384.7371

                                                   By: _____
                                                     RICHARD C. WOLFE
                                                     Florida Bar No.: 355607
                                                     rwolfe@wolfelawmiami.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of December 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.